# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PG PUBLISHING COMPANY, INC. D/B/A THE PITTSBURGH POST-GAZETTE

    v.

GOVERNOR'S OFFICE OF ADMINISTRATION AND THE PENNSYLVANIA DEPARTMENT OF EDUCATION

PA MEDIA GROUP D/B/A THE PATRIOT-NEWS AND PENNLIVE, TEXAS-NEW MEXICO NEWSPAPERS PARTNERSHIP, LNP MEDIA GROUP, INC.,

    Intervenors

PETITION OF: PG PUBLISHING COMPANY, INC. D/B/A THE PITTSBURGH POST-GAZETTE, & PA MEDIA GROUP D/B/A THE PATRIOT-NEWS AND PENNLIVE, TEXAS-NEW MEXICO NEWSPAPERS PARTNERSHIP, LNP MEDIA GROUP, INC.

: No. 60 MM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Application for Extraordinary Relief is **DENIED**.